

WARDEN'S OFFICE
FCI, McKEAN, PA.

05 MAR 11 AM 9:23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
|---|---|
| V. | |
| Isaiah Warren | Case Number CR 04-23 Erie |
| | THOMAS W. PATTON, AFPD |
| | Defendant's Attorney |

THE DEFENDANT:
__x__ pleaded guilty to count(s) 1 .
_____ was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1791(a)(2) and 1791(b)(3) | Possessed a prohibited object in prison | February 5, 2004 | One (1) |

The defendant is sentenced as provided in pages 2 through _ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
____ Count(s) _ (is) (are) dismissed on the motion of the United States.
____ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
__X__ It is ordered that the defendant shall pay to the United States a special assessment of $100.00 , which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

06854-068
Defendant's USM No.

November 22, 2004
Date of Imposition of Sentence

_____
Signature of Judicial Officer
U.S. District Judge

11-23 04

November 22, 2004
Date

Defendant: Isaiah Warren  Judgment--Page 2 of 5
Case Number: CR 04-23 Erie

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>5 months. The term of imprisonment imposed by this judgment shall run consecutive to the defendant's term of imprisonment imposed at Criminal No. 00—00115-001, United States District Court for the Western District of Pennsylvania.</u>

___ The Court makes the following recommendations to the Bureau of Prisons:

<u>X</u>   The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district,

  ___ at ___ on ___.

  ___ as notified by the Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ___ before 2 p.m. on ___.
  ___ as notified by the United States Marshal.
  ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

Judgment delivered on 7-11-05 to FCI McKean

at Bradford PA

with a certified copy of this Judgment.

James Etherman, Warden
~~United States Marshal~~

By Jdy Dowell L'E
~~Deputy Marshal~~