### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 04-23E |
| | ) | |
| ISAIAH WARREN | ) | |

The above named defendant satisfied the judgment of NOVEMBER 22, 2004 by paying on JULY 10, 2006  the full balance due on his/her court ordered:

    ___X___Assessment
    _____Fine
    _____ Costs
    _____other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  8/21/06
Deputy Clerk                                          Date